JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MEDINA SOTO, | CASE NO. ED CV 17-1606-DMG (PJW) |
| Petitioner, | |
| v. | J U D G M E N T |
| DEAN BORDERS, WARDEN, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: August 19, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE